



June 12, 2018

Kimberly Y. Nash, Director
Office of Community Planning and Development
Kathleen McNulty, Environmental Protection Specialist
U.S. Department of Housing and Urban Development
One Sansome Street
Suite 1200
San Francisco, CA  94104
Kimberly.Y.Nash@hud.gov
Kathleen.A.McNulty@hud.gov

Patrick Talbott, Contract Manager
Nicole McCay
Jennifer Seeger
California Department of Housing and Community Development
Division of Financial Assistance
2020 West El Camino Avenue, Suite 400
Sacramento, CA  95833
Patrick.Talbott@hcd.ca.gov
Nicole.McCay@hcd.ca.gov
Jennifer.Seeger@hcd.ca.gov
ca-ndrc@hcd.ca.gov

Jim Branham, Executive Officer
Angela Avery, Chief, Policy and Outreach Division
Elliot Vander Kolk, CDBG-NDR Project Coordinator
Sierra Nevada Conservancy
11521 Blocker Drive, Suite 205
Auburn, CA 95603
Jim.Branham@sierranevada.ca.gov
Angela.Avery@sierranevada.ca.gov
Elliott.VanderKolk@sierranevada.ca.gov

1

**Re: Notice of New Information and Changed Circumstances; Need for Supplemental NEPA Analysis and CESA Analysis**

Dear Director Nash, Ms. McNulty, Ms. McCay, Mr. Talbott, Mr. Branham, Ms. Avery, and Mr. Vander Kolk:

On behalf of the John Muir Project of Earth Island Institute, the Center for Biological Diversity, and Sierra Club California, we are writing to present additional new information regarding the Rim fire area that came to our attention this past Friday, June 8, 2018.

On June 6, 2018, we submitted a letter to you detailing new information regarding natural conifer regeneration in the Rim fire area. Two days later, we received an email from the U.S. Forest Service responding to a Freedom of Information Act (FOIA) request we had submitted to them. The email contained a letter, dated June 8, 2018, and it is attached here as Exhibit A. The June 8 letter first notes that our FOIA asked the Forest Service for the following documents:

> All data, spreadsheets, records, notes, memos, and email messages regarding "observations" of post-fire conifer regeneration by U.S. Forest Service staff, or contractors, during "visits" to U.S. Forest Service field plots within the Rim fire in 2016 through 2018. Note: These field plots were initially surveyed by the Forest Service in 2014 and 2015, as discussed at the bottom of p. 233 of the 2016 Rim Fire Reforestation Final EIS (attached). Page 6 of the attached letter from the California Department of Housing and Community Development (HCD), which is administering a federal grant for logging and other post-fire management in a portion of the Rim fire, in coordination with USFS, states the following: "As noted in the response above, the USFS completed a robust vegetation survey in 2014 and 2015 to collect information about natural regeneration, competing vegetation cover, distance to potential seed source, and other variables. Subsequent visits to these units by USFS staff confirm this original survey data." Also, at the bottom of page 1 of the attached February 2018 letter from HUD, which released the funds for the logging grant in Rim fire, HUD references the following: "(2014 and 2015 US Forest Service extensive and detailed surveys and ongoing observations by USFS staff over the past two years)." Thus, there is an assertion that the Forest Service revisited these post-fire conifer regeneration plots in the Rim fire in 2016-2017 (and possibly 2018), and conducted "visits" to these Rim fire conifer regeneration plots and made "observations" regarding those visits. We are requesting any and all of the above-mentioned records/data pertaining to these visits and observations.

The June 8 letter then explains that there was one responsive document to our FOIA, and that document[1] states that there is good natural regeneration in Unit Q017.

Because of the lack of responsive documents from the USFS, we cannot tell what information that HCD or HUD relied on in their February 9, 2018, (HUD) and January 11, 2018, (HCD) 2018 Rim fire letters when making and/or citing to the following statements:

---

[1] The responsive document is attached along with the USFS June 8, 2018, letter, in Exhibit A

2

- "Current conditions do not significantly differ from those anticipated and analyzed by the USFS in the 2014 Recovery FEIS or the 2016 Reforestation FEIS. . . . [M]ost acres across the burn area, and specifically those within areas proposed for treatment, have little to no seedlings established post-fire. This information is based upon . . . ongoing USFS observations in the project area over the past two years."

- "[T]he USFS completed a robust vegetation survey in 2014 and 2015 to collect information about natural regeneration, competing vegetation cover, distance to potential seed source, and other variables. Subsequent visits to these units by USFS staff confirm this original survey data."

Furthermore, we had earlier (in April 2018) submitted a FOIA to the USFS asking for the following: [2]

> All data, spreadsheets, and records regarding surveys of post-fire conifer regeneration by U.S. Forest Service staff, or contractors, in field plots within the Rim fire in 2016 through 2018.

The Forest Service responded by stating: [3]

> After conducting a search, the Stanislaus National Forest found no records responsive to your request.

In light of the recent FOIA responses we received from the USFS, yesterday we submitted a Public Records Act request to HCD asking for any responsive documents regarding the above-described issues. In the meantime, if any of you have information that can help clarify the situation, please let us know. Thank you.

Sincerely,

*Justin Augustine*

Justin Augustine
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
503-910-9214

---

[2] See attached Exhibit B (USFS April 18, 2018, letter)

[3] See attached Exhibit B (USFS April 18, 2018, letter)

*[signature: Chad Hanson]*

Chad Hanson, Ph.D., Ecologist
John Muir Project of Earth Island Institute
P.O. Box 897
Big Bear City, CA 92314

*[signature: Kathryn Phillips]*

Kathryn Phillips, Director
Sierra Club California
909 12th St., Suite #202
Sacramento, CA 95814-2920

# EXHIBIT A

| | | | |
|---|---|---|---|
| USDA United States Department of Agriculture | Forest Service | Pacific Southwest Region Stanislaus National Forest | Sonora, CA 95370 209-532-3671 TDD: 209-533-0765 Fax: 209-533-1890 |

File Code: 6270
Date: June 8, 2018

Chad Hanson, Ph.D.
Director and Staff Ecologist
John Muir Project
PO Box 897
Big Bear City, CA 92314

Dear Dr. Hanson;

This is our response to your Freedom of Information Act (FOIA) request dated May 9, 2018. You have requested: All data, spreadsheets, records, notes, memos, and email messages regarding "observations" of post-fire conifer regeneration by U.S. Forest Service staff, or contractors, during "visits" to U.S. Forest Service field plots within the Rim fire in 2016 through 2018. Note: These field plots were initially surveyed by the Forest Service in 2014 and 2015, as discussed at the bottom of p. 233 of the 2016 Rim Fire Reforestation Final EIS (attached). Page 6 of the attached letter from the California Department of Housing and Community Development (HCD), which is administering a federal grant for logging and other post-fire management in a portion of the Rim fire, in coordination with USFS, states the following: "As noted in the response above, the USFS completed a robust vegetation survey in 2014 and 2015 to collect information about natural regeneration, competing vegetation cover, distance to potential seed source, and other variables. Subsequent visits to these units by USFS staff confirm this original survey data." (emphasis added). Also, at the bottom of page 1 of the attached February 2018 letter from HUD, which released the funds for the logging grant in Rim fire, HUD references the following: "(2014 and 2015 US Forest Service extensive and detailed surveys and ongoing observations by USFS staff over the past two years)." (emphasis added). Thus, there is an assertion that the Forest Service revisited these post-fire conifer regeneration plots in the Rim fire in 2016-2017 (and possibly 2018), and conducted "visits" to these Rim fire conifer regeneration plots and made "observations" regarding those visits. We are requesting any and all of the above-mentioned records/data pertaining to these visits and observations.

Enclosed in its entirety is one document responsive to your request.

This concludes the Forest Service's response to your FOIA request. The FOIA provides you the right to appeal this response. Any appeal must be made in writing, within 90 days from the date of this letter, to the Chief, USDA, Forest Service: 1) by email to wo_foia@fs.fed.us; 2) by regular mail to Mail Stop 1143, 1400 Independence Avenue, SW, Washington, DC 20250-1143; 3) by Fed Ex or UPS to 201 14th Street, SW, Washington, DC 20250-1143 and telephone (202) 205-1542. The term "FOIA APPEAL" should be placed in capital letters on the subject line of the email or on the front of the envelope. To facilitate the processing of your appeal, please include a copy of this letter and/or the FOIA case number assigned to your request.

Sincerely,

JASON KUIKEN
Forest Supervisor



**Justin Augustine**
___

| | |
|---|---|
| **From:** | Gmelin, Marty -FS <mgmelin@fs.fed.us> |
| **Sent:** | Wednesday, November 29, 2017 6:35 PM |
| **To:** | Williams, Kim -FS |
| **Cc:** | Benech, Maria -FS |
| **Subject:** | Re: Unit Q017 |
| **Attachments:** | image001.gif; image002.png; image003.png; image004.png; image005.png |

Thanks, anything else for 2019?

Sent from my iPhone

On Nov 29, 2017, at 4:30 PM, Williams, Kim -FS <kwilliams02@fs.fed.us <mailto:kwilliams02@fs.fed.us> > wrote:


<image001.gif>

Maria/Marty, Unit Q017 had site prep herb spring 2017,  grapple pile was completed summer 2017, piles burned fall 2017.  This unit has great residuals scattered throughout, regeneration of PP, SP, IC, DF, WF is heavy through most of the unit. Good health, growth on regen. There is a few pocket areas where regen is not as heavy but is still present towards Skunk Creek. After talking with Maria today we are going to monitor this unit for the next few year, may do some thinning of natural regen in near future.  No planting is needed and good kill was achieved during herb site prep.



<image002.png>


Kim Williams
District Culturalist


Forest Service

Stanislaus National Forest,

Groveland Ranger District


p: 209-962-7825 x559
f: 209-962-7412
 <mailto:kwilliams02@fs.fed.us> kwilliams02@fs.fed.us


24545 Hwy 120

1

Groveland, CA 95321
<[http://www.fs.fed.us/](http://www.fs.fed.us/)> [www.fs.fed.us](http://www.fs.fed.us)
<[http://usda.gov/](http://usda.gov/)> <image003.png> <[https://twitter.com/forestservice](https://twitter.com/forestservice)> <image004.png>
<[http://facebook.com/USDA](http://facebook.com/USDA)> <image005.png>

Caring for the land and serving people

2

# EXHIBIT B

Declaration of Chad Hanson, Exhibit 9, Page 9

**USDA** United States Department of Agriculture

Forest Service

Pacific Southwest Region

Regional Office, R5
1323 Club Drive
Vallejo, CA 94592
(707) 562-8737
TDD: (707) 562-9240

File Code: 6270
FOIA No.: 2018-FS-R5-03461-F

Date: APR 18 2018

Mr. Chad Hanson
P.O. Box 897
Big Bear City, CA  92314

Dear Mr. Hanson:

This is in response to your Freedom of Information Act (FOIA) request submitted via email to the Pacific Southwest Regional FOIA Office on April 11, 2018. You requested "[a]ll data, spreadsheets, and records regarding surveys of post-fire conifer regeneration by U.S. Forest Service staff, or contractors, in field plots within the Rim fire in 2016 through 2018." Your request has been assigned tracking number 2018-FS-R5-03461-F.

After conducting a search, the Stanislaus National Forest found no records responsive to your request. In accordance with Forest Service Directive 6270, your request was referred to this office for the issuance of a no records determination and granting of appeal rights. Pursuant to 7 C.F.R. Subtitle A, Part 1, Subpart A, Appendix A, there is no charge for the processing of your request.

The FOIA provides you the right to appeal my no records determination. Any appeal must be made in writing, within 90 days from the date of this letter, to the Chief, USDA, Forest Service: by email to wo_foia@fs.fed.us or by mail to the mailing addresses here: http://www.fs.fed.us/im/foia/. Additional information regarding appeals can be found here: http://www.fs.fed.us/im/foia/foiaappeals.htm.

If you have any questions regarding this response or if further assistance is required, you may contact Ms. Latanga Rush, Regional FOIA Coordinator, via phone: (707) 562-9193, or e-mail: lrush@fs.fed.us. You may also contact the Forest Service FOIA Public Liaison at (202) 205-1542. Additionally, you may contact the Office of Government Information Services, National Archives and Records Administration to inquire about the FOIA mediation services they offer: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Thank you for your interest in public land management, forest programs and projects.

Sincerely,

/s/ Barnie T. Gyant (for)

RANDY MOORE
Regional Forester Pacific Southwest Region



Caring for the Land and Serving People   Printed on Recycled Paper