Meriel L. Darzen, Oregon State Bar (OSB) No. 113645
Email: meriel@crag.org
Ralph Bloemers, OSB No. 984172
Email: ralph@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Phone: (503) 525-2725  Fax: (503) 296-5454
LEAD COUNSEL – *Pro Hac Vice*

*Attorneys for Plaintiffs Earth Island Institute, Greenpeace USA, and Sequoia Forestkeeper*

Daniel Galpern, OSB No. 061950
Law Offices of Daniel M. Galpern
2495 Hilyard St., Suite A
Eugene, Oregon 97405
Phone: (541) 968-7164  Fax: (971)244-9035
Email: dan.galpern@gmail.com
*Applicant Pro HacVice*

*Attorney for Plaintiff James Hansen*

René P. Voss, California State Bar No. 255758
Natural Resources Law
15 Alderney Road
San Anselmo, CA  94960
Phone: (415) 446-9027  Fax: (267) 316-3414
Email: renepvoss@gmail.com
LOCAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY NASH**, et al.**,**<br><br>Defendants. | No.: 3:19-cv-05792-LB<br><br>**SECOND DECLARATION OF CHAD HANSON** |

I, Chad Hanson, pursuant to the provisions of 28 U.S.C § 1746, do declare as follows:

1.   My name is Chad Hanson and I am over 21 years of age.

2.   I submit this second declaration in support of the plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction in this case regarding the Forest Watershed Health Program (FWHP) logging project, which is consists of post-fire clearcutting and forest habitat removal activities on thousands of acres on the Stanislaus National Forest in the Rim fire area. I have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and recollection.

3.   My qualifications are set forth in my first declaration.

4.   I work for the John Muir Project of the Earth Island Institute. My duties include commenting on and engaging in the planning and execution of projects on the Stanislaus National Forest and other national forests in California.

5.   On June 6, 2019 I received a letter via email from Jamie Rosen, General Counsel for the USDA. A copy of that letter is found at Dkt #30-1. This letter is similar to others I have received from Mr. Rosen in the past and have been shown by other conservation groups. I have previously responded to these letters in good faith, but the outcome has never resulted in any meaningful change to the agency's actions. Given my past experience, I did not believe that Mr. Rosen would investigate the new information I had provided in good faith.

6.   Instead of responding directly to Mr. Rosen, since I am not an attorney and Earth Island was unrepresented with respect to the current matter at that time, I continued to engage with Forest Service staff regarding the proposed FWHP logging project. Earth Island Institute, along with other groups, ultimately sent one final letter to HUD and HCD on August 14, 2019 (Dkt. #28-10).

7.  I also attempted to secure counsel but I was unable to do so until later in the summer of 2019.

8.  I redoubled my efforts after I determined that logging had begun on August 15, 2019. I did not delay and I have no interest in delay. Rather I worked overtime and with great haste to pursue this matter.

9.  In my first declaration, I inadvertently attached the incorrect document as **Exhibit 8**. Attached hereto is the June 6, 2018 letter to HUD that was intended to be **Exhibit 8** to my first declaration.

10. In 2018, I was interviewed by a filmmaker about the Rim Fire and the Camp Fire. The film contains footage from areas burned by both fires, as well as footage of recovering areas and wildlife and it can be viewed here: https://youtu.be/QdtD6h2NRxU.

Executed on October 1, 2019 in Big Bear City, California.

_____
Chad Hanson

No.: 3:19-cv-05792-LB – DECLARATION OF CHAD HANSON - 2

Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Tel. 503-525-2725