# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., | Case No. 1:19-cv-01420-DAD-SAB |
| Plaintiffs, | ORDER GRANTING PRO HAC VICE APPLICATIONS OF MERIEL DARZEN AND RALPH BLOEMERS |
| v. | |
| KIMBERLY NASH, et al., | (ECF Nos. 56, 57) |
| Defendants. | |

Currently before the Court are the applications of Meriel Darzen and Ralph Bloemers, attorneys for Plaintiffs Earth Island Institute, Sequoia ForestKeeper, and Greenpeace Inc., for their admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF Nos. 56, 57.) The Court has reviewed the applications and notes that both applicants have checked the box indicating that they have concurrently or within the preceding year made a Pro Hac Vice application to this Court. (Id.) However, the applicants do not list the case numbers for these applications. (Id.) The Court conducted its own search of this Court's records and found no previous appearances by attorney Meriel Darzen, and only one previous Pro Hac Vice application by Ralph Bloemers in the year 2012. Based on these facts and review of the remainder of the submitted applications, the Court will grant the applications for admission. The Court requests counsel to use more care in the future when filling out forms for the Court to

review.

Accordingly, Meriel Darzen's and Ralph Bloemers' applications for admission to practice Pro Hac Vice are HEREBY GRANTED.

IT IS SO ORDERED.

Dated: __October 10, 2019__

_____
UNITED STATES MAGISTRATE JUDGE