XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAMEE JORDAN PATTERSON, State Bar No. 100967
Supervising Deputy Attorney General
KIMBERLY R. GOSLING, State Bar No. 247803
Deputy Attorney General
AWBREY A. YOST, State Bar No. 313819
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9000
 Fax: (619) 645-2271
 E-mail: Awbrey.Yost@doj.ca.gov
*Attorneys for Defendants
Department of Housing and Community
Development and Janice Waddell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY NASH, et al.,**<br><br>Defendants. | 1:19-CV-01420-DAD-SAB<br><br>**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AND JANICE WADDELL'S NOTICE OF RELATED CASES**<br><br>Judge:        The Honorable Dale A. Drozd<br>Trial Date:   Not Set<br>Action Filed: September 16, 2019 |

Pursuant to Civil Local Rule 123, Defendants Department of Housing and Community Development ("HCD") and Janice Waddell (collectively, "HCD Defendants") hereby notify the Court and all parties that this action is related to another action filed in this district. In 2014, Plaintiff Earth Island Institute ("Earth Island") asserted Administrative Procedure Act ("APA") and National Environmental Policy Act ("NEPA") claims against the United States Forest Service ("Forest Service") in *Center for Biological Diversity, et al. v. Skalski, et al.*, No. 1:14-cv-1382-GEB-GSA (E.D. Cal. filed Sept. 4, 2014) ("*Center for Biological Diversity*"). In that action, Earth Island challenged an Environmental Impact Statement ("EIS") and Record of Decision

1  ("ROD") issued by the Forest Service in 2014 for recovery work in the Stanislaus National Forest
2  following the 2013 Rim Fire.  (*Center for Biological Diversity*, No. 1:14-cv-1382-GEB-GSA,
3  Doc. No. 1.)  Earth Island challenged the Forest Service's environmental review of logging
4  activities in post-fire areas, alleging that these activities would destroy wildlife habitats.  (*Id.*)  In
5  this action, Earth Island challenges the same 2014 EIS and ROD issued by the Forest Service,
6  alleging that they failed to adequately consider the environmental impacts of post-fire logging
7  activities.  (Doc. No. 1.)  In both actions, Earth Island's claims arise, in part, from the Forest
8  Service's 2014 EIS and ROD, and relate to environmental review of the Forest Service's post-fire
9  activities in the Stanislaus National Forest.  (*Id.*; *Center for Biological Diversity*, No. 1:14–cv–
10 1382–GEB–GSA, Doc. No. 1.)  Accordingly, these actions are related for purposes of Civil Local
11 Rule 123(a).

12  Assigning this action to the same judge(s) that adjudicated *Center for Biological Diversity*
13 may save judicial resources as many of the same facts, parties, and legal questions are at issue.

14 Dated:  October 31, 2019                                    Respectfully submitted,

15                                                             XAVIER BECERRA
                                                               Attorney General of California
16                                                             JAMEE JORDAN PATTERSON
                                                               Supervising Deputy Attorney General
17

18

19                                                             /s/ Awbrey A. Yost
                                                               AWBREY A. YOST
20                                                             Deputy Attorney General
                                                               *Attorneys for Defendants*
21                                                             *Department of Housing and Community*
                                                               *Development and Janice Waddell*
22 SD2019105168
   Notice of Related Cases.docx
23

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **EARTH ISLAND INSTITUTE, et al. v. KIMBERLY NASH, et al** | No. | **1:19-CV-01420-DAD-SAB** |

I hereby certify that on <u>October 31, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AND JANICE WADDELL'S NOTICE OF RELATED CASES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 31, 2019</u>, at San Diego, California.

| | |
|---|---|
| Charlette Sheppard | /s/ Charlette Sheppard |
| Declarant | Signature |

SD2019105168
POS.docx