# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY NASH, et al., <br><br> Defendants. | Case No. 1:19-cv-01420-DAD-SAB <br><br> ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE <br><br> (ECF No. 72) |

On October 9, 2019, the Court set a scheduling conference to be held on December 17, 2019. (ECF No. 55.) On November 22, 2019, the parties filed a stipulation requesting the scheduling conference be continued due to a pending hearing on a motion for preliminary injunction scheduled for December 3, 2019, and because certain Defendants have not yet filed a responsive pleading. (ECF No. 72.) The Court finds good cause to grant the continuance.

Accordingly, the mandatory scheduling conference is HEREBY CONTINUED to **March 4, 2020, at 9:30 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 22, 2019**

UNITED STATES MAGISTRATE JUDGE

1