# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., | Case No. 1:19-cv-01420-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| v. | |
| KIMBERLY NASH, et al., | (ECF No. 88) |
| Defendants. | |

On February 7, 2020, the parties filed a stipulation to continue the mandatory scheduling conference in thus natter due to the motion for a preliminary injunction pending before United States District Judge Dale A. Drozd. The Court shall set a date for the continued scheduling conference. Should the order on the preliminary injunction issue and the parties wish for the scheduling conference to be advanced they may contact Courtroom Deputy Mamie Hernandez.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for March 4, 2020, is CONTINUED to July 21, 2020, at 10:30 a.m.; and
2. The parties shall file a joint scheduling report seven (7) days prior to the continued scheduling conference.

IT IS SO ORDERED.

Dated: **February 11, 2020**

UNITED STATES MAGISTRATE JUDGE

1