# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KIMBERLY NASH, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01420-DAD-SAB<br><br>ORDER ENTERING STIPULATION RE ADMINISTRATIVE RECORDS<br><br>(ECF No. 98) |

On September 16, 2020, pursuant to Local Rule 143, the parties filed a stipulation agreeing that: "All materials that either the Department of Housing & Community Development ("HCD") or the U.S. Forest Service ("Forest Service") incorporate by reference from the administrative record of the other party into their own administrative record shall be treated for all intents and purposes as if the materials were physically and actually included in the incorporating party's administrative record, provided that the incorporating party include an index with its administrative record that clearly identifies the incorporated materials and from where they are incorporated." (ECF No. 98 at 1.)  The parties proffer that the stipulation will reduce the size of the administrative records, reduce the resources necessary for the parties to compile and review the administrative records, and avoid unnecessary duplication of the records. (Id. at 2.)  The Court finds good cause to enter the parties' stipulation.

///

///

1   Accordingly, IT IS HEREBY ORDERED that the parties' stipulation filed on September 16, 2020 (ECF No. 98), is entered and approved.

IT IS SO ORDERED.

Dated:   **September 16, 2020**

UNITED STATES MAGISTRATE JUDGE