# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., | Case No. 1:19-cv-01420-DAD-SAB |
| Plaintiffs, | ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM LOCAL RULE 138(b) |
| v. | |
| KIMBERLY NASH, et al., | (ECF No. 100) |
| Defendants. | |

On September 30, 2020, Defendants filed a request for relief to dispense with the requirement under Local Rule 138(b) that normally requires the lodging of courtesy copies of the administrative record in paper format. (ECF No. 100.) Defendants proffer good cause exists for such relief because the estimated size of the combined administrative record is expected to total several hundred thousand pages in length, and a record of such size would likely be unwieldy and difficult to utilize. (Id.) Defendants instead will provide a record in searchable electronic format that includes a hyperlinked index allowing the Court to quickly locate specific documents. (Id.) Defendants confirm that they have met and conferred with Plaintiffs on this issue, Plaintiffs have no objection to the request, and no objections have been filed with the Court. (Id.)

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the Defendants' request to dispense with the requirement under Local Rule 138(b) to provide a paper courtesy copy of the administrative record is GRANTED and Defendants shall not be required to lodge a courtesy copy of the administrative record in paper format with the Court.

IT IS SO ORDERED.

Dated:   **October 9, 2020**

UNITED STATES MAGISTRATE JUDGE