# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KIMBERLY NASH, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01420-DAD-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION ON OR BEFORE DECEMBER 2, 2020<br><br>(ECF No. 105) |

　　　　On July 21, 2020, the undersigned issued an order amending the scheduling order and setting a deadline of December 4, 2020, for Plaintiffs to file a motion for summary judgment. (ECF No. 97.) On November 24, 2020, Plaintiffs filed a motion to amend the briefing schedule to extend the deadline for Plaintiffs to file a motion for summary judgment. (ECF No. 105.) The filing indicates that Defendants oppose the extension. (Id.) Plaintiffs did not set the motion to amend for hearing, and did not specifically file an *ex parte* application shorten the time to hear the motion. Nonetheless, given the subject matter of the motion and the fact that the pertinent deadline is December 4, 2020, the Court shall order Defendants to file either an opposition brief or statement of non-opposition on a shortened schedule, along with a reply by Plaintiffs. The Court will then determine whether a hearing is necessary.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file an opposition or statement of non-opposition to Plaintiffs' motion to amend the briefing schedule on or before December 2, 2020; and
2. Plaintiffs may file a reply brief on or before December 3, 2020.

IT IS SO ORDERED.

Dated:    **November 25, 2020**

UNITED STATES MAGISTRATE JUDGE