# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KIMBERLY NASH, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01420-DAD-SAB<br><br>AMENDED ORDER SETTING BRIEFING SCHEDULE |

Following a scheduling conference, an order issued on July 21, 2020, setting a briefing schedule for motions for summary judgment to be filed. (ECF Nos. 96, 97.) On December 3, 2020, Plaintiffs' motion to amend the briefing schedule was granted and the dates set in the July 21, 2020 scheduling order were vacated. (ECF No. 109.) The parties were ordered to file a joint status report by December 15, 2020. (Id.) On December 15, 2020, a joint status report was filed setting forth proposed dates for motions for summary judgment to be filed.

In the joint report, the parties request clarification of how the page limitations are affected should they decide to file a consolidated motion/opposition or opposition/reply. The parties have demonstrated good cause to modify the page limitations in the standing order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Summary Judgment shall be filed on or before **January 21, 2021;**

1

2.     Defendants' Cross Motion/Opposition shall be filed on or before **March 4, 2021**;

3.     Plaintiffs' Opposition/Reply shall be filed on or before **March 25, 2021;**

4.     Defendants' Reply shall be filed on or before **April 15, 2021;** and

5     The page limitations in the Court's standing order are modified. If the parties file consolidated pleadings, Defendant's consolidated cross motion for summary judgment/opposition brief shall be subject to a fifty (50) page limitation and Plaintiff's opposition/reply brief shall be subject to a forty (40) page limitation.[1]

IT IS SO ORDERED.

Dated:   **December 23, 2020**              _____
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] This amended order issues to correct an error in the page limitations for the reply brief.