# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KIMBERLY NASH, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01420-DAD-SAB<br><br>ORDER GRANTING THE PRO HAC VICE APPLICATION OF TERYN YAZDANI<br><br>(ECF No. 113) |

The court has read and considered the application of Teryn Yazdani for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 113.) Having reviewed the application, Teryn Yazdani's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  **January 21, 2021**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1