# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., | Case No.  1:19 -cv-01420-DAD-SAB |
| Plaintiffs, | ORDER GRANTING JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE AND VACATING FEBRUARY 24, 2021 HEARING |
| v. | |
| KIMBERLY NASH, et al., | |
| Defendants. | (ECF No. 119) |

On December 18, 2020, a scheduling conference was held in this matter and a briefing schedule was set for the parties to file motions for summary judgment.  (ECF No. 111.)  On December 28, 2020, an amended order was filed.  (ECF No. 112.)  On January 21, 2021, Plaintiff Earth Island Institute, Greenpeace, Inc., Sequoia Forest Keeper, and James Hansen filed a motion for summary judgment.  (ECF Nos. 115-117.)  On February 17, 2021, the parties filed a joint motion to modify the briefing schedule.  (ECF No. 119.)  Upon review of the motion, the joint motion, the Court finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing set on February 24, 2021, will be vacated and the parties will not be required to appear at that time.

The parties seek to amend the briefing scheduling due to medical issues and scheduling conflicts.  The Court finds that good cause exists to grant the motion.

/ / /

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The joint motion to modify the briefing schedule is GRANTED;

3         a.    Defendants' cross motion/opposition shall be filed on or before **March 18,**

4              **2021**;

5         b.    Plaintiffs' opposition/reply shall be filed on or before **April 22, 2021**;

6         c.    Defendants' reply shall be filed on or before **May 13, 2021**; and

7    2.    All other aspects of the amended order setting the briefing schedule remain in

8         effect.

IT IS SO ORDERED.

Dated:   **February 17, 2021**

                                                                UNITED STATES MAGISTRATE JUDGE

2