## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EARTH ISLAND INSTITUTE, ET AL.,**

CASE NO: **1:19–CV–01420–DAD–SAB**

v.

**KIMBERLY NASH, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/16/2022**

**Keith Holland**
Clerk of Court

ENTERED: **June 16, 2022**

by: /s/ S. Sant Agata
Deputy Clerk