# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., | Case No. 1:19-cv-01420-ADA-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO REASSIGN THIS MATTER TO A DISTRICT JUDGE |
| v. | |
| KIMBERLY NASH, et al., | (ECF No. 145) |
| Defendants. | |

Pending before the Court is a motion for reassignment of this matter to a district judge filed by the federal Defendants in this matter. (ECF No. 145.) In support of their motion, Defendants note that the Hon. Ana de Alba is presently with the Court of Appeals for the Ninth Circuit, and therefore, she is no longer an active judge with the Eastern District of California. Furthermore, though this matter is closed, Defendants observe that their bill of costs remains pending. (See ECF No. 133.)

In light of the foregoing, the Court GRANTS Defendants' motion and DIRECTS the Clerk of the Court to randomly reassign this matter to a district judge.

IT IS SO ORDERED.

Dated:   **May 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge